**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00345-KJD-EJY |
| Plaintiff, | ORDER |
| v. | |
| MARTEL DEAVON NELSON, | |
| Defendant. | |

**ORDER**

IT IS THEREFORE ORDERED based on the stipulation of the parties, that the deadline for the Government's Response to Motion (ECF 29), is extended to September 8, 2021

DATED this 27th day of August 2021.

_____
UNITED STATES DISTRICT JUDGE